IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| BERNARD R. BUSCHER ) | Chapter 13 |
| TAMMY JO BUSCHER ) | Case No. 307-07328 |
| 6478 LICKTON PIKE ) | Judge Marian Harrison |
| GOODLETTSVILLE, TN 37072 ) | |
| SSN: XXX-XX-9704 ) | |
| SSN: XXX-XX-0701 ) | |
| ) | |
| Debtor(s). ) | |
| ) | |
| BERNARD BUSCHER and TAMMY JO ) | |
| BUSCHER, ) | |
| ) | |
| vs ) | |
| SOUTHEAST FINANCIAL FEDERAL ) | |
| CREDIT UNION. ) | |

## COMPLAINT FOR EXPEDITED TURNOVER

Comes the plaintiffs, Bernard and Tammy Buscher, through counsel and would move for expedited turnover pursuant to 11 U.S.C. § 542, Bankruptcy Rule 7001 and Bankruptcy Local Rule 7001 and would state as follows:

1. The debtors filed for relief under Chapter 13 in this Court on the 7th day of October, 2007.

2. The debtors own a 1997 Jeep Wrangler which is subject to a security interest held by Southeast Financial Federal Credit Union.

3. This property of the estate was seized pre-petition pursuant to Tennessee Code Section 47-9-504 and is as yet unsold.

4. The debtors' counsel contacted Southeast Financial Federal Credit Union in order to make arrangements upon filing to return the automobile.

5. Southeast Financial Federal Credit Union is aware of the Chapter 13 as of October 7th , 2007 and refuses to release the property of the estate.

6. The vehicle is necessary for the effective reorganization of this estate.

7. Continued possession of this property is a violation of the Automatic Stay provided by 11 U.S.C. § 362.

9. The Debtors have made provision of adequate protection of the creditor's security interest in their proposed plan.

WHEREFORE, PREMISES CONSIDERED, the Debtors move:

1. That this matter be set on an expedited basis

2. That this Court order turnover of the 1997 Jeep Wrangler to the debtors.

3. For general relief.

Respectfully submitted,

_/s/ Kevin S. Key _____
KEVIN S. KEY, #9519
222 Second Avenue North
Suite 360-M
Nashville, TN  37201
Phone: (615) 256-4080
Fax:    (615) 244-6844
keykevin@bellsouth.net

**CERTIFICATE OF SERVICE**

I certify I mailed/e-mailed a copy of the foregoing to John E. Simmonds, Registered Agent for Southeast Financial Federal Credit Union, 444 James Robertson Parkway, Nashville, TN 37219, the Chapter 13 Trustee, P.O. Box 190664, Nashville, TN 37219-0664 and the U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203, on this _____ day of October, 2007.

                                                                             _/s/ Kevin S. Key _____
                                                                             KEVIN S. KEY    #9519